IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-01342-WYD

ROCKY MOUNTAIN WILD; SAN LUIS VALLEY ECOSYSTEM COUNCIL; SAN JUAN
CITIZENS ALLIANCE; WILDERNESS WORKSHOP,

      Plaintiffs,

v.

DAN DALLAS, in his official capacity as Forest Supervisor; MARIBETH GUSTAFSON,
in her official capacity as Deputy Regional Forester; UNITED STATES FOREST
SERVICE, a Federal Agency within the U.S. Department of Agriculture; UNITED
STATES FISH AND WILDLIFE SERVICE, a federal agency within the Department of
the Interior,

      Defendants,

v.

LEAVELL-McCOMBS JOINT VENTURE,

      Proposed Intervenor.

---

## ORDER GRANTING UNOPPOSED MOTION TO INTERVENE

**Daniel, J.**

      This matter came before the Court on Leavell-McCombs Joint Venture's

Unopposed Motion for Leave to Intervene and Memorandum in Support, requesting

leave to intervene on the side of the Defendant.  (ECF No. 9).  Leavell-McCombs Joint

Venture seeks to intervene either under Fed. R. Civ. P. 24(a)(2), as a matter of right, or

under Fed. R. Civ. P. 24(b)(1)(B), permissively.  Plaintiffs and Defendants do not

oppose the intervention in this matter.

      I find that Leavell-McCombs Joint Venture has satisfied the requirements of

Fed. R. Civ. P. 24(a)(2), and their Unopposed Motion to Intervene (ECF No. 9) is

**GRANTED**.  Leavell-McCombs Joint Venture is permitted to intervene on the side of the

Defendant subject to all of the conditions set forth in the motion.

Dated:  August 14, 2015

BY THE COURT:

_/s/ Wiley Y. Daniel_____
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE