IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01342-RPM

ROCKY MOUNTAIN WILD;
SAN LUIS VALLEY ECOSYSTEM COUNCIL;
SAN JUAN CITIZENS ALLIANCE;
WILDERNESS WORKSHOP,

    Plaintiffs,

v.

DAN DALLAS, in his official capacity as Forest Supervisor;
MARIBETH GUSTAFSON, in her official capacity as Deputy Regional Forester;
UNITED STATES FOREST SERVICE, a Federal Agency within the U.S. Department of Agriculture;
UNITED STATES FISH AND WILDLIFE SERVICE, a federal agency within the Department of the Interior,

    Defendants.

_____

ORDER FOR STATUS CONFERENCE
_____

Upon a review of the case file and the case management plan described in the Order Altering Case Management Plan for Petition for Review of Agency Action [Doc. 21] and the pending motion to compel disclosure [Doc. 22] and upon the conclusion that the present case management plan may need to be changed to conform to this Court's case management practices, as for example the elimination of the word limitations in the Proposed Briefing Schedule and the possibility of separate briefing on such legal issues as the applicability of the Alaska National Interest Lands Conservation Act (Claim Six of the Complaint), it is

ORDERED that a status conference will be set at a time to be determined upon conferral with all counsel for the purpose of gaining information and for discussion of

changes to the case management plan to provide this Court with an opportunity to suggest modifications that will enable adjudication of the issues in a cost efficient procedure. The Court's secretary Ginger Wentz will initiate contact with counsel.

DATED: March 25th, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge